# Exhibit A

Lindsay G. Leavitt (Bar No. 029110)
lindsay.leavitt@gknet.com
Erin T. Jenkins (Bar No. 039689)
erin.jenkins@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016
Telephone:   (602) 530-8000
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VAI Resort, LLC, an Arizona limited liability company, | No. CaseNumber |
| Plaintiff, | |
| v. | **DECLARATION OF SCOTT HILLIG** |
| Scott Hillig, a married man; Dessin Haus Collective, LLC, a Tennessee limited liability company; DH Companies, LLC, a Virginia limited liability company, | |
| Defendants. | |

I, Scott Hillig, declare and state as follows:

1.      I am over eighteen (18) years old, and I am competent to testify to the matters contained in this declaration. The statements contained in this declaration are true and correct to my own knowledge, unless otherwise stated.

2.      I am one of the named defendants in the above-captioned lawsuit originally filed in Maricopa County Superior Court.

10436470v1/99-8943

3. The purpose of my Declaration is to attest to the citizenship of the relevant parties for purposes of Defendants' Notice of Removal.

4. I am a resident of the state of Virginia.

5. I am the sole member of DH Companies, LLC, a Virginia limited liability company.

6. Dessin Haus Collective LLC, is a Tennessee limited liability company, which has two members: Lauren Hillig and Lisa Hillig.

7. I personally know Lauren Hillig and Lisa Hillig, both of whom are residents of the state of Virginia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 23th day of June, 2025.

_____
Scott Hillig

2

10436470v1/99-8943