**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VAI Resort LLC, et al., | No. CV-25-02201-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Scott Hillig, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Compel J.S. Green Associates d/b/a/ Lily Jack to Comply with Subpoena Duces Tecum. (Doc. 32). According to the Motion, Defendants served Lily Jack with a Subpoena through its statutory agent on January 20, 2026, seeking production of certain documents and ESI. Also according to the Motion, after several contact attempts, Lily Jack has failed to produce the responsive material or object. (*See* Doc. 32 at 3).

Federal Rule of Civil Procedure 45 requires a nonparty served with a subpoena to produce responsive documents or serve timely objections. Where the nonparty has failed to respond, the Court may issue an order compelling production. *See* Fed. R. Civ. P. 45. The Subpoena calls for documents and ESI to be produced electronically or mailed and does not require personal appearance. Thus, Defendants have complied with the provisions Rule 45, and Lily Jack has not filed an objection on procedural or other grounds. Defendants have also requested Lily Jack be ordered to pay Defendants' fees and costs associated with filing the Motion; the Court finds the imposition of fees and costs on a

nonparty to be inappropriate at this time. As such, the Motion will be granted in part.

**IT IS ORDERED** the Motion to Compel, (Doc. 32), is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** J.S. Green Associates d/b/a/ Lily Jack shall produce all documents responsive to the subpoena within ten business days of the date of this Order.

**IT IS FURTHER ORDERED** any objections to the subpoena by J.S. Green Associates d/b/a Lily Jack are waived under Federal Rule of Civil Procedure 45(d)(2)(B).

Dated this 27th day of May, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -